NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL ALLIS,                        )
                                      )
          Appellant,                  )
                                      )
v.                                    )
                                      )   Case No.  2D17-4072
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed June 15, 2018.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Michael Allis, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


BLACK, SLEET, and SALARIO, JJ., Concur.